**Order entered September 21, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01011-CV

### JULIAN ROSS, Appellant

### V.

### SPERO HOLDINGS, LLC A NEVADA LIMITED LIABILITY COMPANY, AND DANIEL JAMES MANAGEMENT, INC., A NEVADA CORPORATION, Appellees

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-04473-2016

## ORDER

Before the Court is appellant's September 20, 2017 motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief filed no later than November 6, 2017.

/s/      CRAIG STODDART
         JUSTICE